

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Honolulu Local Office

300 Ala Moana Boulevard, Room 7-127
P. O. Box 50082
Honolulu, HI 96850-0051
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Honolulu Status Line: (866) 408-8075
Honolulu Direct Dial: (808) 541-3118
TTY (808) 541-3131
FAX (808) 541-3390



Deborah Mafnas
P.O. Box 25421 Gmf
Barrigada, GU 96921
487-6502

RE: Deborah Mafnas v. Govt of Guam-Dept of Public Health & Social Services
EEOC Charge No. 486-2013-00362

CIVIL CASE 16-00003

Dear Ms. Mafnas:

The Equal Employment Opportunity Commission (EEOC) has received your request for a Notice of Right to Sue for the above-referenced charge. Your request has been forwarded to the U. S. Department of Justice for action. That agency will act on your request as soon as possible and issue the Notice directly to you.

If you have any questions, please write:

U.S. Department of Justice
Employment Litigation Division
Civil Rights Division
Rm 4239
950 Pennsylvania Ave., N.W.
Washington DC 20530
Ph: 202-514-2302

**FILED**
DISTRICT COURT OF GUAM

JAN 11 2016

JEANNE G. QUINATA
CLERK OF COURT

Your charge alleged discrimination based on violation of one or more of the following laws:

Title VII of the Civil Rights Act ___
Age Discrimination in Employment Act (ADEA) ___
Americans with Disabilities Act (ADA) _X_
Equal Pay Act (EPA) ___

If your charge includes an ADEA basis, please note the following: While Title VII and the ADA bases require the issuance of a Right to Sue before you can bring suit under the law, you obtained the right to sue under the ADEA when you filed your charge, subject to a 60-day waiting period. ADEA suits must be brought within 90 days of the date of your receipt of this notice. Otherwise, your right to sue on the above-numbered charge will be lost. Individuals filing EPA claims may proceed directly into court.

EPA suits must be brought in federal or state court within 2 years (3 years for willful violations)

of the alleged EPA underpayment. This means that back pay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

With the issuance of this letter, the Commission is terminating its process with respect to this charge.

Sincerely,

10/13/2015
Date

Glory Gervacio Saure
Director

Deborah Mafnas
Plaintiff