# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBORAH L. MAFNAS, | CIVIL CASE NO. 16-00003 |
| Plaintiff, | |
| vs. | **ORDER** |
| GOVERNMENT OF GUAM – DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES, | |
| Defendant. | |

Pending before the court is the Magistrate Judge's Report and Recommendation dated April 8, 2016. *See* ECF No. 4. There having been no timely objection, the court hereby accepts and adopts said report and recommendation. Plaintiff's case is hereby dismissed without prejudice.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: May 18, 2016**