GUD NT ENT (12/06)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-969-4500**

| | |
|---|---|
| Deborah Mafnas,<br><br>Plaintiff,<br><br>vs.<br><br>Government Of Guam, et al.,<br><br>Defendant. | Case No. 1:16-cv-00003 |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order Adopting Report and Recommendations and Dismissing Case*
*Date of Entry: May 18, 2016*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** May 18, 2016                                                                 Clerk of Court
                                                                                                                **/s/ Jeanne G. Quinata**